ORIGINAL

2018 JUN 21 PM 3:52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 18-  **18 CR 00378** -JPW |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1028A: Aggravated Identity Theft; 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| INWOOK YOO, aka "Andy Yoo," | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before December 2014, and continuing through at least July 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant INWOOK YOO, also known as "Andy Yoo" ("Defendant"), together with others known and unknown to the United States Attorney, conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344. The object of the conspiracy was carried out, and to be carried out, in substance, as follows: Defendant would obtain social security numbers, manipulate the

credit scores associated with those numbers by assigning random names to the numbers and then having the names and numbers added as authorized users onto credit card accounts with excellent payment histories, and then apply for new credit cards using those names and social security numbers.  Defendant used the bank-issued credit cards he thereby obtained at collusive merchants, where his co-conspirators charged them for fictitious purchases and then divided the resulting payments with defendant.  As a result of this conspiracy, victims including American Express, Capital One, Chase Bank, Discover Financial Services, Citibank, and Synchrony Bank, all of which were then federally insured financial institutions, suffered actual losses of at least $5,071,259.

COUNT TWO

[18 U.S.C. § 1028A]

Beginning in or before December 2014, and continuing through at least July 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant INWOOK YOO, also known as "Andy Yoo," knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Bank Fraud, as charged in Count One.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)

and 18 U.S.C. § 982(a)(2)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to defendant INWOOK YOO, also known as "Andy Yoo" ("Defendant"), that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(2), in the event of defendant's conviction under Count One or Two of this Information.

2.    Defendant shall forfeit to the United States the following property:

a.    All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any offense set forth in Count One or Two of this Information including, without limitation:

i.    approximately $927,760.00 in U.S. Currency seized on or about July 20, 2017 during the execution of a search warrant at a Los Angeles, California residence;

ii.   approximately $300,000.00 in U.S. Currency seized on or about July 24, 2017 during the execution of a search warrant at Bank of America, 3442 Wilshire Boulevard, Los Angeles, California 90010 from Bank of America Safety Deposit Box Number 0347-00V97425 in defendant's name;

4

iii. approximately $300,000.00 in U.S. Currency seized on or about July 24, 2017 during the execution of a search warrant at Chase Bank, 2970 West Olympic Boulevard, Los Angeles, California 90006 from Chase Safety Deposit Box Number 1249 in defendant's name;

iv. approximately $80,000.00 in U.S. Currency seized from defendant on or about July 20, 2017 at CA Metro Auto, 1501 West Washington Boulevard, Los Angeles, California;

v. approximately $691,558.82 seized on or about July 21, 2017 from a bank account at Chase Bank in defendant's name and with the last four digits ending in 6688;

vi. approximately $351,201.56 seized on or about July 21, 2017 from a bank account at Chase Bank in defendant's name and with the last four digits ending in 6250;

vii. approximately $212,107.46 seized on or about July 21, 2017 from a bank account at Chase Bank in I. Nuk, Inc.'s name and with the last four digits ending in 6525;

viii. approximately $104,318.40 seized on or about July 21, 2017 from a securities account at Chase Bank in I. Nuk, Inc.'s name and with the last four digits ending in 0913;

ix. approximately $259,723.76 seized on or about July 21, 2017 from a bank account at Bank of America in defendant's name and with the last four digits ending in 6343;

x. approximately $242,877.66 seized on or about July 21, 2017 from a bank account at Bank of America in defendant's name and with the last four digits ending in 2910;

1                xi.   approximately sixty-four gold bars and three

2 silver bars and miscellaneous silver and gold coins seized on or

3 about July 20, 2017 during the execution of a search warrant at

4 a Los Angeles, California residence;

5                xii. approximately fifty gold bars seized on or

6 about July 24, 2017 during the execution of a search warrant at

7 Bank of America, 3442 Wilshire Boulevard, Los Angeles,

8 California 90010 from Bank of America Safety Deposit Box Number

9 0347-00V97425 in defendant's name;

10              xiii. approximately $109,990.00 seized on or about

11 July 27, 2017 from an account at Coinbase, Inc. in defendant's

12 name and with the last four digits ending in 3122; and

13              xiv. the real property with Assessor's Parcel

14 Number 5502-024-120, and with title held in defendant's name;

15 and

16

17        b.  A sum of money equal to the total value of the

18 property described in subparagraph a above.

19       ///

1      3.    Pursuant to Title 21, United States Code, Section

2  853(p), as incorporated by Title 18, United States Code, Section

3  982(b), and Title 28, United States Code, Section 2461(c),

4  defendant shall forfeit substitute property, up to the value of

5  the property described in the preceding paragraph if, as the

6  result of any act or omission of defendant, the property

7  described in the preceding paragraph or any portion thereof (a)

8  cannot be located upon the exercise of due diligence; (b) has

9  been transferred, sold to, or deposited with a third party; (c)

10  has been placed beyond the jurisdiction of the court; (d) has

11  been substantially diminished in value; or (e) has been

12  commingled with other property that cannot be divided without

13  difficulty.

NICOLA T. HANNA
United States Attorney



LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section